AO 93 (Rev. 5/85) Search Warrant

FILED
08 MAR 14 PM 2: 35
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

897 Yosemite Drive
Chula Vista, CA

~~ORDERED SEALED BY COURT~~ unsealed 4/18/08

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0689

TO: <u>Any Special Agent of the Drug Enforcement Administration</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Brett O'Connor</u> who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment A.

in the _____ SOUTHERN District of CALIFORNIA _____ there is now concealed a certain person or property, namely (describe the person or property)
See Attachment B - which constitutes (1) evidence of drug trafficking offenses under 21 USC 841(a)(1), 843(b) and 846, and money laundering offenses under 18 U.S.C. 1956, (2) contraband, fruits of a crime, or other items illegally possessed, and/or (3) property designed for used, intended for use, or used in committing crimes.
I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  3/15/08
                                                                                                   Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>Hon. Cathy Ann Bencivengo, U.S. Magistrate Judge</u>
as required by law.                                                                U.S. Judge or Magistrate

March
~~February~~ 5, 2008 at 3:45 a.m./p.m.        at  San Diego, California
Date and Time Issued                                         City and State

Cathy Ann Bencivengo, U.S. Magistrate Judge
Name and Title of Judicial Officer                         Signature of Judicial Officer

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

The premise located at 897 Yosemite Drive, Chula Vista, California is a two story single family residence located on the south side of Yosemite Drive. Two photographs of the residence located at 897 Yosemite are attached. 897 Yosemite Drive is a tan stucco building with a tiled roof. The numbers 897 are visible to the left of the white garage door. A tan retaining wall with a brown access gate surrounds the access to the front door of the residence. An image of the target location is provided below.

The search shall include all rooms, attics, crawl spaces, safes, briefcases, storage areas, containers, garages, sheds, carports, storage facilities and containers such as safes, vaults, file cabinets, drawers, luggage, briefcases, valises, boxes, jewelry boxes, cans, bags, purses, trash cans and vehicles located on or near the premises, that are owned or under the control of the occupants of such premises, evidenced by prior surveillance, possession of keys, maintenance paper work, title, insurance papers, or registration for such vehicles in the name of the occupants including: (1) a silver 1995 Nissan Skyline bearing California license plate number 4WCV159; (2) a 1987 Toyota Corolla bearing California license plate number 4TOJ550; (3) a 2005 Cadillac CTS bearing California license plate number 6CHN986; (4) a dark green Acura NSX bearing California license plate number SEXYNSX; (5) a 1992 Nissan 240 SX bearing California license plate number 5VUE404; and (6) a 2008 Toyota Tundra bearing California license plate number 8N63485.



# ATTACHMENT B

## ITEMS TO BE SEIZED

1. Documents containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substances, including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, Rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and key.

2. Money, assets, and evidence of assets derived from or used in the purchase of controlled substances and records thereof, including but not limited to United States currency, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers checks receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

3. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility bills and receipts, photographs, answering machine tape recordings, telephone, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card records, travel documents, personal identification documents and documents relating to obtaining false identification including birth certificates, drivers license, immigration cards and other forms of identification which the same would use other names and identities other than his or her own.

4. All incoming telephone calls received at the residence during the execution of the search warrant and all calls received on cellular telephones found during the execution of the warrant.

5. Devices used to conduct counter-surveillance against law enforcement, such as radio scanners, police radios, surveillance cameras and monitors and recording devices and cameras.

6. Photographs and video and audio recordings which document an association with other coconspirators and/or which display narcotics, firearms, or money and proceeds from narcotics transactions.

7. Packages and contents that were delivered to the residence, or were about to be sent by the occupants.

8. Drug paraphernalia to include: distribution materials including scales, plastic baggies, electrical and duct tape, and other odor masking materials.

9. Police radio scanners, pagers, cellular telephones, facsimile machines, telephone answering machines, Caller ID system, and prepaid telephone cards.

10. Travel documents including itineraries, airline tickets, boarding passes, motel and hotel receipts, rental car receipts, passports and visas, credit card receipts, shipping and receiving documents relating to the delivery of packages.

11. Banking and financial institution records, bank statements, credit card statements, canceled checks, money orders, deposit slips, orders for or receipt of money transfer by wire, checking and saving books, financial institution statements, safe deposit boxes, loan statements, tax returns, business and personal ledgers, and accounting records.

12. Records relating to the lease of storage lockers, telephone/address directories and other papers containing telephone numbers and addresses.

13. Records related to the purchase of real estate, vehicles, precious metals, jewelry and other tangible assets.

14. Digital storage devices including: floppy disk, CD ROMS, DVD ROMS, magnetic tapes, magnet optical cartridges, personal digital assistance, pagers, money chips, thumb drives, jump drives, flash drives, portable hard drives and computers containing hard drives. All electronic devices, such as computers, which include the central processing units, internal and external devices, internal and external storage equipment or media, terminals or video display units, together with peripheral equipment, such as keyboards, printers, modems, and programmable telephone dialing devices, and operating system software, program software, applications software, manuals for the software and hardware, electronic organizers, or personal digital assistants and computer discs and CD's, cellular telephones and SIM cards. All seized computers shall be returned to the defendants or the defendant's agent within 10 calendar days. If agents need more time than 10 days to complete the mirror imaging, the Government will seek from the Court an extension of time within which to return the applicable devices and/or equipment.

15. With respect to any and all electronically stored information in cellular phones and PDAs, agents may access, record, and seize the following:

   a. telephone numbers of incoming/outgoing calls stored in the call registry;

   b. Digital, cellular, and/or telephone numbers and/or direct connect numbers, names and identities stored in the directories;

   c. Any incoming/outgoing text messages relating to controlled substances offenses under 21 U.S.C. §§ 841(a)(1), 843(b), 846, and money laundering offenses under 18 U.S.C. § 1956;

   d. telephone subscriber information;

   e. the telephone numbers stored in the cellular telephone and/or PDA; and

   f. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including but not limited to photographs, videos, e-mail, and voice mail relating to controlled substances offenses under 21 U.S.C. §§ 841(a)(1), 843(b), 846, and money laundering offenses under 18 U.S.C. § 1956.

AO 93 (Rev. 2/90) Search Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3-5-2008 | 3-6-2008 at 6:06 a.m. | Maggie Sieben |

INVENTORY MADE IN THE PRESENCE OF
Maggie Sieben

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached DEA-12

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate

Date: 3/11/08

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Resident
897 Yosemite Dr.
Chula Vista, CA

FILE NO.:
G-DEP IDENTIFIER:
FILE TITLE: Murrah, Karl
DATE: 3-6-08

DIVISION/DISTRICT OFFICE: SDFD

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | miscellaneous paperwork | EVIDENCE (office) |
| 2 | Laptop computers (SILVER/BLACK) | EVIDENCE |
| 2 | Desktop computers (silver) | EVIDENCE (office) |
| 3 | Semi-auto handguns (tamung) (Glock) | EVIDENCE (ATF) |
| 5 | MDMA pills w/ crushed pills | EVIDENCE |
| 1 | miscellaneous paperwork | EVIDENCE (BEDROOM) |
| 1 | miscellaneous keys (auto) | EVIDENCE (safe) |
| 14 | various watches (jewelry) | EVIDENCE (seizure) |
| 1 | earrings, bracelet, 2 rings | " " (seizure) |
| 1 | miscellaneous paperwork | " " (master BEDroom) |
| 7 | cellular phones w/ chargers | " " (Kitchen/BEDroom) |
| 1 | miscellaneous keys | " " (master BEDroom) |
| 1 | money counter | " " (master Bedroom) |
| 1 | miscellaneous financial docs | " " (garage) |
| 1 | spoon, MDMA Test Kit, pink tube w/ residue | " " (EVIDENCE office) |

RECEIVED BY (Signature): [signature]
NAME AND TITLE (Print or Type): S/A B. Koch

WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): SA Andrew Sorrells

FORM DEA-12 (9-00) Previous editions obsolete        Electronic Form Version Designed in JetForm 5.2 Version