```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | TIMOTHY F. SALEL
   | Assistant U.S. Attorney
 3 | California State Bar No. 163597
   | Federal Office Building
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | Telephone: (619) 557-6074
 6 | Attorneys for Plaintiff
   | United States of America
 7 |
```

FILED
08 APR 18 PM 12:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: *[signature]* DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF | ) | Case No. 08MJ0689 |
|---|---|---|
| 897 Yosemite Drive<br>Chula Vista, California | )<br>)<br>) | UNSEAL SEARCH WARRANT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the search warrant, the application, and affidavit for search warrant in the above-reference case be unsealed.

DATED: April 17, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*[signature]*

TIMOTHY F. SALEL
Assistant U.S. Attorney

IS ORDERED.

DATED: 4/17/08

*[signature]*
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

TFS:klb:Motion:Unseal S.W.Yosemite Dr.